WESTFIELD COMPANIES, APPELLANT, *v.* KETTE ET AL., APPELLEES.

[Cite as *Westfield Cos. v. Kette* (1996), 77 Ohio St.3d 154.]

(No. 96–1127—Submitted October 8, 1996—Decided December 11, 1996.)

*Davis & Young Co., L.P.A., Jan L. Roller* and *Dennis R. Fogarty,* for appellant.

*William M. Crosby* and *Nancy A. Kelly,* for appellees Christian Pfanner, Barbara Kette Perrin, Chris Perrin, Stephen Kette, Janice Kette, Allyn Magers, and Stacy Magers.

---

The discretionary appeal is allowed.

The judgment of the court of appeals is reversed on the authority of *Cuervo v. Cincinnati Ins. Co.* (1996), 76 Ohio St.3d 41, 665 N.E.2d 1121.

MOYER, C.J., RESNICK, PFEIFER, COOK and STRATTON, JJ., concur.

DOUGLAS, J., dissents.

F.E. SWEENEY, J., dissents and would affirm the judgment of the court of appeals.